1  W. Clay Deanhardt (Bar No. 160653)
   Email: clay@deanhardtlaw.com
2  LAW OFFICE OF CLAY DEANHARDT
   21-C Orinda Way, #374
3  Orinda, CA 94563
   Telephone: (925) 258-9079
4  Facsimile: (925) 885-2478

5  George C. Summerfield
   Email: *summerfield@stadheimgrear.com*
6  Rolf O. Stadheim
   Email: *stadheim@stadheimgrear.com*
7  Joseph A. Grear
   Email: *grear@stadheimgrear.com*
8  Keith A. Vogt
   Email: *vogt@stadheimgrear.com*
9  Steven R. Pedersen
   Email: *pedersen@stadheimgrear.com*
10 STADHEIM & GREAR
   400 North Michigan Avenue
11 Suite 2200
   Chicago, Illinois 60611
12 Telephone: (312) 755-4400
   Facsimile: (312) 755-4408
13
   Attorneys for Plaintiff
14 ALBERTA TELECOMMUNICATIONS
   RESEARCH CENTRE d/b/a TR LABS
15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | |
| Plaintiff, | |
| v. | CIV. NO. 3:09-cv-03400-JSW |
| DELL, INC. | [~~PROPOSED~~ ORDER] |
| Defendant. | |

Having reviewed plaintiff's Motion for Extension of Time, and, having found good cause set forth therein, IT IS HEREBY ORDERED THAT defendant, Dell, Inc., shall have until September 15, 2009 to answer the complaint in this matter, or to otherwise plead.

[~~PROPOSED~~] ORDER PLAINTIFF'S MOTION FOR EXTENSION OF TIME
(CASE NO. C 09 03400-JSW)

-2-

Dated: __August 27__, 2009

_____
JUDGE OF THE DISTRICT COURT