1  W. Clay Deanhardt (Bar No. 160653)
   Email: clay@deanhardtlaw.com
2  LAW OFFICE OF CLAY DEANHARDT
   21-C Orinda Way, #374
3  Orinda, CA 94563
   Telephone: (925) 258-9079
4  Facsimile: (925) 885-2478

5  George C. Summerfield
   Email: *summerfield@stadheimgrear.com*
6  Rolf O. Stadheim
   Email: *stadheim@stadheimgrear.com*
7  Joseph A. Grear
   Email: *grear@stadheimgrear.com*
8  Keith A. Vogt
   Email: *vogt@stadheimgrear.com*
9  Steven R. Pedersen
   Email: *pedersen@stadheimgrear.com*
10 STADHEIM & GREAR
   400 North Michigan Avenue
11 Suite 2200
   Chicago, Illinois 60611
12 Telephone: (312) 755-4400
   Facsimile: (312) 755-4408
13
   Attorneys for Plaintiff
14 ALBERTA TELECOMMUNICATIONS
   RESEARCH CENTRE d/b/a TR Labs
15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17

18 ALBERTA TELECOMMUNICATIONS          Civ. No. 3:09-cv-03400-JSW
   RESEARCH CENTRE d/b/a TR LABS,
19                                     **STIPULATED DISMISSAL WITH**
              Plaintiff,               **PREJUDICE PURSUANT TO FED. R.**
20                                     **CIV. P. 41(a) AND [PROPOSED]**
        v.                             **ORDER**
21
   DELL, INC.,                         Honorable Jeffery S. White
22
              Defendants.
23

24
        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alberta
25
   Telecommunications Research Centre d/b/a TR Labs hereby stipulates the dismissal with
26
   prejudice of the Complaint in the above-entitled action based on settlement.
27

28

   STIPULATED DISMISSAL WITH PREJUDICE AND
   [PROPOSED] ORDER                                    Case No. Civ. No. 3:09-cv-03400-JSW

1  Each party is to bear its own costs and attorneys' fees.

2  Respectfully submitted,

3  Dated:  September 10, 2009  /s/George C. Summerfield
   GEORGE C. SUMMERFIELD
4  Email:  summerfield@stadheimgrear.com
   JOSEPH A. GREAR (admitted *pro hac vice*)
5  Email:  grear@stadheimgrear.com
   KEITH A. VOGT (admitted *pro hac vice*)
6  Email: vogt@stadheimgrear.com
   STEVEN R. PEDERSEN (admitted *pro hac vice*)
7  Email:  pedersen@stadheimgrear.com
   STADHEIM & GREAR, LTD.
8  400 North Michigan Avenue, Suite 2200
   Chicago, IL 60611
9  Telephone:  (312) 755-4400
   Facsimile:  (312) 755-4408
10

11  W. CLAY DEANHARDT (Bar No. 160653)
    Email:  clay@deanhardtlaw.com
    LAW OFFICE OF CLAY DEANHARDT
12  21-C Orinda Way, #374
    Orinda, CA  94563
13  Telephone: (925) 258-9079
    Facsimile:  (925) 885-2478
14

15  Attorneys for Plaintiff
    ALBERTA TELECOMMUNICATIONS
    RESEARCH CENTRE d/b/a TR LABS
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER                          2                          Case No.  Civ. No. 3:09-cv-03400-JSW

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3     Dated: September 11  , 2̶0̶0̶8̶ 2009

4                                                    _____
                                                     The Honorable Ronald M. Whyte   Jeffrey S. White
                                                     United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL WITH PREJUDICE AND
[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                              3                    Case No.  Civ. No. 3:09-cv-03400-JSW